1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Sonia Guerra

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SONIA GUERRA, | ) | No.  5:19-cv-01921-NC |
| Plaintiff, | ) ) ) | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | ) ) | |
| MONTEREY COUNTY WATER RESOURCES AGENCY; URBAN PARK CONCESSIONAIRES; | ) ) ) ) | |
| Defendants. | ) ) ) ) ) ) | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Sonia Guerra and Defendants, Monterey County Water Resources Agency; and Urban Park Concessionaires, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety.

Dated: November 12, 2019     MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Sonia Guerra

Dated: November 12, 2019     Deputy County Counsel

*/s/ Janet L. Holmes*
Janet L. Holmes
Attorneys for Defendant,
Monterey County Water Resources Agency

Dated: November 12, 2019     FREEMAN MATHIS & GAR, LLP

*/s/ David M. Daniels*
David M. Daniels
Attorneys for Defendant,
Urban Park Concessionaires

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Sonia Guerra